# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

CRAIG STINGLEY, et al.,
    Plaintiffs,

    v.                                CASE NUMBER: 18-C-2014

JOHN CHISHOLM et al.,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED** and the plaintiff shall take nothing by his complaint.

| | |
|---|---|
| 6/17/19 | Stephen C. Dries |
| Date | Clerk |
| | s/J. Dreckmann |
| | (By) Deputy Clerk |